# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151684(59)

EMILY KINCAID,

      Plaintiff-Appellant,

v

ROBERT CROSKEY and WOLPIN COMPANY,
d/b/a TRI-COUNTY BEVERAGE
COMPANY/WAYNE COUNTY,

      Defendants-Appellees.

_____/

SC: 151684
COA: 313218
Wayne CC: 11-004918-NI

On order of the Chief Justice, the motion of the Michigan Association of Chiefs of Police to participate as amicus curiae is GRANTED. The amicus brief submitted on June 8, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2015

